SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
OMAR LUNA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>    Plaintiff,<br><br>  vs.<br><br>IDAROSE CORPORATION, LTD.; and DOES 1 through 10,<br><br>    Defendants. | **Case No.: 2:21-cv-02284-ODW (JDEx)**<br><br>NOTICE OF COMPLIANCE WITH COURT ORDER |

Plaintiff's counsel hereby files this Notice of Compliance pursuant to the Court's Order dated July 21, 2021 [Docket #17]. In compliance with the Order, Plaintiff's counsel has remitted sanctions in the amount of $300.00 to Clerk of the Court on July 30, 2021. A copy of the Court's Order is attached hereto as Exhibit "A".

\\\

\\\

\\\

---

NOTICE OF COMPLIANCE - 1

1   Dated:  July 30, 2021              **SO. CAL. EQUAL ACCESS GROUP**

                             By:    _/s/ Jason J. Kim_____
                                    Jason J. Kim, Esq.
                                    Attorneys for Plaintiff

EXHIBIT "A"

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-02284-ODW (JDEx) | Date | July 21, 2021 |
|---|---|---|---|
| Title | *Omar Luna v. Idarose Corporation, Ltd. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

On March 16, 2021, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans With Disabilities Act. (ECF No. 8.) Among other things, the Order requires Plaintiff to request default "no later than five court days after the time the response to the complaint would have been due." (*Id.* at 2.) The Order cautions that "failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*) According to Plaintiff's Proof of Service, Defendant's response to the Complaint was due by July 9, 2021. (*See* Proof of Service, ECF No. 16.) More than five court days have passed and Plaintiff has not requested entry of default as required. Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** this case without prejudice for lack of prosecution. Plaintiff shall submit payment to the Clerk of the Court and file proof of such payment with the Court within two weeks of the date of this order.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

:    00

Initials of Preparer   PG